1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  CHRISTINE Y. WONG (NYBN 3988607)
   Assistant United States Attorney
5

6      1301 Clay Street, Suite 340S
       Oakland, California 94612
7      Telephone: (510) 637-3709
       Facsimile: (510) 637-3724
8
   Attorneys for Plaintiff
9
                       UNITED STATES DISTRICT COURT
10
                      NORTHERN DISTRICT OF CALIFORNIA
11
                              OAKLAND DIVISION
12
   UNITED STATES OF AMERICA,        )   No.   08-00595 DLJ
13                                  )
              Plaintiff,            )   STIPULATION AND **PROTECTIVE**
14                                  )   **ORDER** RE: DISCOVERY OF
        v.                          )   PERSONAL AND FINANCIAL
15                                  )   INFORMATION
   AMBER DYKSTRA,                   )
16                                  )
              Defendant.            )
17                                  )
                                    )   OAKLAND VENUE
18                                  )
   _____  )
19

20     With the agreement of the parties, and with the consent of the defendant, the Court enters

21  the following order:

22     Defendant Amber Dykstra is charged with one count of conspiring to commit access

23  device fraud, in violation of 18 U.S.C. § 1029(b)(2).  Upon request, the United States will

24  produce to counsel for the defendant discovery that contains personal identifying information,

25  including social security numbers, birth dates and driver's license numbers, and private financial

26  information, including account numbers, pertaining to the victims in this case.  Pursuant to

27  Federal Rule of Criminal Procedure 16, the government requests that disclosure of these

28  materials be subject to the following restrictions:

PROTECTIVE ORDER
[08-00595 DLJ]

1. Except when being actively examined for the purpose of the preparation of the defense of defendant Amber Dykstra, the documents containing personal identifying and private financial information of third parties produced by the government to defense counsel shall be maintained in a locked, safe, and secure drawer, cabinet, or safe which is accessible only to defense counsel, members of his or her law firm who are working with him or her to prepare the defendant's defense, and his or her investigator.  Defense counsel, members of his or her law firm, the defendant, and the investigator shall not permit any person access of any kind to the documents or disclose in any manner the personal identifying and private financial information of third parties except as set forth below.

2. The following individuals may examine the documents and information related to the personal identifying and private financial information of third parties for the sole purpose of preparing the defense of defendant Amber Dykstra and for no other purpose:

    a) Counsel for defendant;

    b) Members of the defendant's law office who are assisting with the preparation of Amber Dykstra's defense;

    c) Defendant Amber Dykstra, but only in the presence of defense counsel or another authorized person listed in this paragraph;

    d) Investigators retained by the defendant to assist in the defense of this matter.

If defense counsel determines that additional persons are needed to review the material, he or she must obtain a further order of the Court before allowing any other individual to review the material.

3. A copy of this order shall be maintained with the documents at all times.

4. All individuals other than defense counsel and the defendant who receive access to the materials pursuant to this Order, <u>prior to receiving access to the materials</u>, shall sign a copy of this Order acknowledging that

    a) they have reviewed the Order;

    b) they understand its contents;

PROTECTIVE ORDER
[08-00595 DLJ]                                        2

1         c)     they agree that they will only access the documents and information for
2                the purposes of preparing a defense for defendant Amber Dykstra;
3         d)     they understand that failure to abide by this Order may result in sanctions
4                by this Court.
5 Counsel for the defendant shall promptly file signed copies of the Order, ex parte and under seal.
6 The government shall have no access to these signed copies without further order of the District
7 Court.
8     5.     No other person may be allowed to examine the material without further court
9 order.  Examination of the documents shall be done in a secure environment which will not
10 expose the materials to other individuals not listed above.
11     6.     Documents such as word processing files, e-mails, and other text files may be
12 duplicated to the extent necessary to prepare the defense of this matter.
13     7.     Any pleadings that reveal the personal identifying or private financial information
14 of third parties, either by attaching copies of documents containing that information or
15 referencing that information, shall be redacted to prevent the disclosure of such information or
16 filed under seal.
17     8.     Within five court days of the judgement and sentencing hearing in this matter, all
18 material provided to defense counsel pursuant to this Order, and all other authorized copies, if
19 any, shall be destroyed by defense counsel or returned to the Government so that the
20 Government can destroy such material.  If defendant believes that she must maintain the material
21 for any reason related to appeal, defendant must seek authorization from the District Court
22 within five days of the sentencing and judgment in this matter.
23 //
24 //
25 //
26 //
27 //
28 //

PROTECTIVE ORDER
[08-00595 DLJ]                       3

STIPULATED:

DATED:      September 22, 2008      /s/
                                    BRIAN BERSON
                                    Attorney for Defendant Amber Dykstra

DATED:      September 22, 2008      /s/
                                    CHRISTINE WONG
                                    Assistant United States Attorney

IT IS SO ORDERED that disclosure of the above-described discovery materials shall be restricted as set forth above.

DATED: September 24, 2008           _____
                                    D. LOWELL JENSEN
                                    United States District Judge

PROTECTIVE ORDER
[08-00595 DLJ]                          4