MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

KESLIE STEWART (CABN 184090)
Assistant United States Attorney
   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Fax: (510) 637-3724
   E-Mail: Keslie.Stewart@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-00595 DLJ |
| )<br>Plaintiff, ) | STIPULATION AND ORDER TO<br>CONTINUE HEARING TO NOVEMBER |
| )<br>v. ) | 19, 2010 |
| )<br>AMBER DAWN DYKSTRA, )<br>)<br>Defendant. )<br>_____ ) | |

     The parties appeared before the Court on October 8, 2010, for an initial appearance on the October 7, 2010 Petition for Summons for Offender Under Supervision in the above captioned case. At that time, the Court ordered the Probation Office to provide discovery related to the charges to both parties. The government was unable to obtain the discovery, however, until October 27, 2010. The defense wishes to review that discovery in advance of any hearing. Moreover, the Probation Officer has been researching possible residential treatment programs that might be able to accommodate the defendant. For all of these reasons, the parties stipulate that there is good reason to continue this matter to November 19, 2010. The parties jointly

///

///

STIPULATION TO CONTINUE
CR 08-00595 DLJ

1  request that the matter be put over to November 19, 2010, at 9 a.m. for sentencing after either
2  admissions or a contested hearing on the allegations.
3  SO STIPULATED.
4  Dated: October 28, 2010

                    /S/
                KESLIE STEWART
                Assistant United States Attorney

7  SO STIPULATED.
8  Dated: October 28, 2010

                    /S/
                BRIAN P. BERSON
                Counsel to Amber Dawn Dykstra

12  IT IS SO ORDERED.

DATED: October 28, 2010

                HON. D. LOWELL JENSEN
                United States District Judge

STIPULATION TO CONTINUE
CR 08-00595 DLJ