**BRIAN P. BERSON, ESQ.**
235 Montgomery St., Suite 625
San Francisco, CA 94104
CA State Bar No. 130249
Telephone No.:(415)788-2707
Facsimile No.:(415)392-5275
brian@bersonlaw.net

Counsel for Defendant **AMBER DYKSTRA**


IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA


|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR-08-00595-02-DLJ |
|  | ) |  |
|  | ) | **STIPULATION AND** |
| Plaintiff, | ) | **ORDER TO CONTINUE HEARING** |
|  | ) |  |
| vs. | ) |  |
|  | ) |  |
| AMBER DYKSTRA, | ) |  |
| Defendant. | ) |  |

The parties, through their respective undersigned counsel below, hereby request and stipulate to a continuance of the hearing on the pending Supervised Release violation matter from January 28, 2011 to February 11, 2011 at 9:00 a.m.   The continuance is necessary in order to both complete the discovery process and attempts to accomplish a negotiated disposition, thereby avoiding a needless expenditure of court resources.   USPO

Nero is in accord with this request.

So Stipulated:


Respectfully Submitted,

Date: January 26, 2011                _____//s//_____
                                      BRIAN P. BERSON
                                      ATTORNEY FOR AMBER DYKSTRA



Date: January 26, 2011                _____//s//_____
                                      KESLIE STEWART
                                      ASSISTANT U.S. ATTORNEY

So Ordered:


Date: January 28, 2011                _____
                                      D. LOWELL JENSEN
                                      UNITED STATES DISTRICT JUDGE