**BRIAN P. BERSON, ESQ.**
235 Montgomery St., Suite 625
San Francisco, CA 94104
CA State Bar No. 130249
Telephone No.:(415)788-2707
Facsimile No.:(415)392-5275
brian@bersonlaw.net

Counsel for Defendant **AMBER DYKSTRA**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>AMBER DYKSTRA,<br>    Defendant. | ) CR-08-595-DLJ<br>)<br>) **STIPULATION AND [PROPOSED]**<br>) **ORDER TO CONTINUE HEARING**<br>)<br>)<br>)<br>)<br>) |

The parties, through their respective undersigned counsel below, hereby request and stipulate to a continuance of the hearing on the pending Supervised Release violation matter from February 11, 2011 to March 4, 2011 at 9:00 a.m. The continuance is necessary in order to both complete the discovery process and attempts to accomplish a negotiated disposition, thereby avoiding

a needless expenditure of court resources.

    So Stipulated:

                                            Respectfully Submitted,

Date: February 10, 2011              _____//s//_____
                                                BRIAN P. BERSON
                                                ATTORNEY FOR AMBER DYKSTRA

Date: February 10, 2011              _____//s//_____
                                                KESLIE STEWART
                                                ASSISTANT U.S. ATTORNEY

So Ordered:

Date: __February 11, 2011_____        _____
                                                D. LOWELL JENSEN
                                                UNITED STATES DISTRICT JUDGE